Honorable Timothy W. Dore

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re: ) Chapter 7
) Bankruptcy No. 20-12450
BEVERLY JANE CARY, )
) DECLARATION OF ATTORNEY OF
Debtor(s). ) NO ADVERSE INTEREST UNDER
) BANKRUPTCY RULE 2014

Rory C. Livesey declares under penalty of perjury of the laws of the State of Washington as follows:

1. I am an attorney, and I submit this declaration in support of an Application and Order Authorizing Employment of Rory C. Livesey, and the Livesey Law Firm, to serve as the attorney for the trustee in this matter, and pursuant to Bankruptcy Rule 2014.

2. The Livesey Law Firm has previously worked with Ronald G. Brown, the duly appointed trustee in this case, in other bankruptcy cases.

3. I do not have a connection of which I am aware with the debtor, any creditor or any party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee other than as set forth above which is adverse to the interests of the estate.

4. I do not hold or represent an interest adverse to the estate and that I am a disinterested person pursuant to 11 U.S.C. § 101(14).

5. I have read Local Rule 2016 in accordance with Local Bankruptcy Rule 2014.

**DECLARATION OF ATTORNEY OF
NO ADVERSE INTEREST UNDER
BANKRUPTCY RULE 2014**
201221aDec   Page 1

☐ ORIGINAL

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 20-12450-TWD    Doc 16    Filed 03/04/21    Ent. 03/04/21 15:49:11    Pg. 1 of 2

6. I will seek compensation at my normal and usual hourly rates. My normal hourly rate is $385 and the hourly rate for my legal assistant is $155. No retainer has been paid nor promised.

DATED this 21st day of December, 2020.

THE LIVESEY LAW FIRM

_____
Rory C. Livesey, WSBA #17601

**DECLARATION OF ATTORNEY OF
NO ADVERSE INTEREST UNDER
BANKRUPTCY RULE 2014**
201221aDec   Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 20-12450-TWD    Doc 16    Filed 03/04/21    Ent. 03/04/21 15:49:11    Pg. 2 of 2