DocuSign Envelope ID: 077816A4-E91C-4DE6-9077-93ADE40E818F

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Beverly**    **Jane**    **Cary** <br> First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **WESTERN DIST. OF WASHINGTON** |
| Case number (if known) | **20-12450 TWD** |

☑ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1**

**Patch Services LLC**
Creditor's name
**576 Sacramento St**
Number    Street
**4th Floor**

**San Francisco**    **CA**    **94115**
City          State    ZIP Code

**Describe the property that secures the claim:**

**27834 31st Pl. S., Auburn, WA 98001**

     $126,554.00      $339,315.32

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** _____    **Last 4 digits of account number** ___ ___ ___ ___

**Sold $60k in equity; sharing in equity increases over $279k? "Loan" appears predatory?**

**Add the dollar value of your entries in Column A on this page. Write that number here:**    **$126,554.00**

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:**    **$126,554.00**

DocuSign Envelope ID: 077816A4-E91C-4DE6-9077-93ADE40E818F

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Beverly** First Name    **Jane** Middle Name    **Cary** Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **WESTERN DIST. OF WASHINGTON** |
| Case number (if known) | **20-12450 TWD** |

☑ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X *Beverly J Cary*
    DocuSigned by: Beverly J Cary
    E5355254249747F...
Beverly Jane Cary, Debtor 1

Date 3/15/2021
    MM / DD / YYYY

X _____
Signature of Debtor 2

Date _____
    MM / DD / YYYY