Hon. Timothy W. Dore  
In Proceedings Under  
Chapter 7  
Hearing Date: April 23, 2021  
Time: 9:30 AM  
Response Date: April 16, 2021  
Location: Telephonic

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>Beverly Jane Cary,<br>        Debtor(s), | Case No: 20-12450 TWD<br><br>DEBTOR(S)' MOTION TO CONVERT CASE UNDER CHAPTER 7 TO CASE UNDER CHAPTER 13 |

**NOTICE**

PLEASE TAKE NOTICE Debtor(s) motion is seeking TO CONVERT CASE UNDER CHAPTER 7 TO CASE UNDER CHAPTER 13. IS SET FOR HEARING as follows:

JUDGE: Timothy W. Dore

PLACE: Telephonic                         TIME: 9:30 AM
Dial: 1-888-363-4749
Enter Access Code: 2762430#               DATE: April 23, 2021
Press the # sign
Enter Security Code when prompted: 5334#
Speak your name when prompted

IF YOU OPPOSE the Motion, you must file your written response with the court clerk, and deliver copies to the undersigned NOT LATER THAN THE RESPONSE DATE, which is April 16, 2021.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

| | |
|---|---|
| DEBTOR(S)' MOTION TO CONVERT CASE UNDER CHAPTER 7 TO CASE UNDER CHAPTER 13 -- 1<br><br>c:\users\ian\appdata\local\temp\nitropdf\nitrosession3136\motion ch 7 to ch 13 ii_4040ed6a.doc | Law Office of Mark McClure, P.S.<br>1103 West Meeker Street, Ste 101<br>Kent, WA 98032<br>(253) 631-6484 |

## MOTION

Pursuant to 11 U.S.C. § 706(a), the above named Debtor requests this court to convert this case under Chapter 7 to a case under Chapter 13, and as grounds states as follows:

1. An order for relief under Chapter 7 of the Bankruptcy Code was entered on September 25, 2020;

2. While a discharge was entered in the Chapter 7 on December 23, 2020, Debtor agrees that none of the creditors should be barred from filing claims in the converted case nor be barred from distributions because of that discharge;

3. The trustee has not indicated a willingness to abandon Debtor's home even though all equity was fully exempted;

4. No parties have obtained an Order for Relief From Stay;

5. Debtor is eligible to be debtors under Chapter 13 of the Code and desires to convert this case to a case under that chapter; and

6. The case has not been converted under 11 U.S.C. § 1112, or § 1208, or § 1307.

WHEREFORE, the Debtor prays that this court convert this case under chapter 7 to a case under Chapter 13 of the Bankruptcy Code.

DATED: March 23, 2021

/S/ Mark C McClure
Mark C. McClure, WSBA # 24393
Attorney for Debtor(s)

DEBTOR(S)' MOTION TO CONVERT CASE UNDER CHAPTER 7 TO CASE UNDER CHAPTER 13 -- 2

c:\users\ian\appdata\local\temp\nitropdf\nitrosession3136\motion ch 7 to ch 13 ii_4040ed6a.doc

Law Office of Mark McClure, P.S.
1103 West Meeker Street, Ste 101
Kent, WA 98032
(253) 631-6484

Case 20-12450-TWD    Doc 22    Filed 03/23/21    Ent. 03/23/21 14:38:49    Pg. 2 of 2