UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| In re | Case No: 20-12450 TWD |
|---|---|
| Beverly Jane Cary<br><br>Debtors, | ORDER CONVERTING CASE UNDER CHAPTER 7 TO CASE UNDER CHAPTER 13 |

Debtor has have filed a motion, in accordance with 11 U.S.C § 706(a), seeking to convert this case to a case under chapter 13 of the Bankruptcy Code. The court has considered the record, and finds that the case has not been converted previously under 11 U.S.C. § 1112, or § 1208, or § 1307.

IT IS HEREBY ORDERED that

1. This chapter 7 case is converted to a case under chapter 13;

2. The trustee, or any other party entitled to compensation may within 30 days of the date of this order file an application for compensation and reimbursement of expenses;

3. The Debtor, within 15 days form the date of this order, shall file the statements and schedules required by Bankruptcy Rule 1007(b), if such documents have not already been filed; and

4. The Debtor, within 15 days from the date of this order, shall file a chapter 13 plan.

## END OF ORDER ##

Presented by:
/s/ Mark McClure
Mark McClure, WSBA 24393
Attorney for Debtors

ORDER CONVERTING CH 7 TO CH 13 -- 1

c:\users\ian\appdata\local\temp\nitropdf\nitrosession3136\motion ch 7 to ch 13 ii_4040ed6a.doc

Law Office of Mark McClure, P.S.
1103 West Meeker Street, Ste 101
Kent, WA 98032
(253) 631-6484

Case 20-12450-TWD    Doc 22-1    Filed 03/23/21    Ent. 03/23/21 14:38:49    Pg. 1 of 1