IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

Beverly Jane Cary

Debtor,

Case No: 20-12450 TWD

**DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO CONVERT FROM CHAPTER 7 TO CHAPTER 13**

I, Beverly Jane Cary declare as follows:

1. I am 71 years old and will be turning 72 in August. I am competent to testify based upon personal knowledge to the matters stated herein.

2. I am the debtor in this matter.

3. I have not converted previously from any other chapter.

4. I live with my daughter and grandson, am on a fixed income and my current mortgage payment of $1,245 per month. This is far less than we would be required to pay if I were forced to leave my home and have to pay rent. To the extent additional contributions are needed to help fund a feasible chapter 13 plan I have my daughter who is willing to help more as well as other family members. We will make it work.

5. I wish to pay the  creditors any and all recoverable liquidation values directly through a chapter 13 rather than risk losing my home in a chapter 7 because of equity growth that may occur post-petition in the chapter 7.

I declare under penalty of perjury of the laws of the State of Washington and the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated 3/23/2021

DocuSigned by:

Beverly J Cary

ES335254249747F

Beverly Jane Cary, Debtor

DECLARATION OF DEBTOR IN SUPPORT OF
MOTION TO CONVERT FROM CHAPTER 7 TO
CHAPTER 13-- 1

z:\legal ii\2020\bankruptcy\cary, beverly jane\motions\motion to convert\unsigned\motion ch 7
to ch  13 ii.doc

Law Office of Mark McClure, P.S.
1103 West Meeker Street, Ste 101
Kent, WA 98032
(253) 631-6484