Honorable Timothy W. Dore

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re: ) Chapter 7
) Bankruptcy No. 20-12450
BEVERLY JANE CARY, )
) TRUSTEE'S OBJECTION
Debtor(s). ) TO AMENDED EXEMPTIONS
)

COMES NOW the trustee in this matter, Ronald G. Brown, through counsel The Livesey Law Firm, and Rory C. Livesey, and objects to the property claimed as exempt by the debtor.

The debtor filed her petition on September 25, 2020. On Schedule A/B - Property, the debtor lists her residence located at 27834 - 31st Place South, Auburn, Washington 98001. She values the property at $339,315.32. Specifically, the schedules state as follows:

> "27834 31st Pl. S., Auburn, WA 98001
> Purchased 4/2/2007 for $273k;
> present zillow value: $368,821 as of
> 9/14/2020 per zillow.com; value after
> 8% cost of sale: $339,315.32."

On Schedule C - Exemptions, the debtor opted for the state exemptions and claims 100 percent of the fair market value, up to any applicable statutory limit. The exemption schedule also contains the above paragraph.

On March 16, 2021, the debtor filed an Amended Schedule A/B - Property. Again, she listed the property at the same value. However, the accompanying paragraph states as follows:

> "Purchased 4/2/2007 for $273k; present zillow value: $368,821 as of
> 9/14/2020 per zillow.com; value after 8% cost of sale:
>
> $339,315.32. Debtor does not know if she has a claim against the
> second lienholder, Noah (fka Patch Homes), for predatory practices
> or not. The intent with exempting the property is to also include and

**TRUSTEE'S OBJECTION**
**TO AMENDED EXEMPTIONS**
210319dObj   Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 20-12450-TWD    Doc 25    Filed 03/26/21    Ent. 03/26/21 13:11:15    Pg. 1 of 2

preserve any claims she may have against that lender based upon DFI of Wa reglutory [sic] action, CPA claim, or other federal and state actions, if any.

Patch appears to have taken an equity interest in Debtor's property. See King County Recorder's Office No 20190821001119."

On the same date, the debtor amended her Schedule C-Exemptions and Schedule D - Secured Creditors. Both include the same paragraph. The debtor appears to be tying the potential claim against Noah to her homestead without any showing that the claim is a real property interest and properly part of the exemption. Predatory lending claims and CPA claims can be pursued separately from the property. To the extent that the debtor is asserting that the homestead exemption exempts the claim against Noah, the trustee hereby objects.

RESPECTFULLY SUBMITTED this 26th day of March, 2021.

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*

Rory C. Livesey, WSBA #17601
Attorney for Ronald G. Brown, Trustee

**TRUSTEE'S OBJECTION
TO AMENDED EXEMPTIONS**
210319dObj   Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 20-12450-TWD    Doc 25    Filed 03/26/21    Ent. 03/26/21 13:11:15    Pg. 2 of 2