Honorable Timothy W. Dore
April 23, 2021; 9:30 a.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Bankruptcy No. 20-12450 |
| BEVERLY JANE CARY, ) | |
| ) | TRUSTEE'S RESPONSE TO DEBTOR'S |
| Debtor(s). ) | MOTION TO CONVERT CASE UNDER |
| ) | CHAPTER 7 TO CASE UNDER |
| ) | CHAPTER 13 |

COMES NOW the duly appointed trustee, Ronald G. Brown, through counsel, The Livesey Law Firm, and Rory C. Livesey, and files this response to the Debtor's Motion to Convert Case Under Chapter 7 to Case Under Chapter 13.

The trustee does not oppose the debtor's conversion to a Chapter 13. However, the debtor received a Chapter 7 discharge on December 23, 2020. While the debtor's motion to convert states that the debtor agrees that none of the creditor claims should be barred in the Chapter 13, the proper approach should be to vacate the discharge pursuant to Fed. R. Civ. P. 60, made applicable to these proceedings pursuant to Fed. R. Bank. P. 9024. *See, In re Lenox*, 902 F.2d 737, 740 (9th Cir. 1990). (As courts of equity, the Bankruptcy Court has the power to reconsider, modify or vacate their previous orders so long as no intervening rights have become vested in reliance on the order.) A court using Rule 60 to vacate an order restores the parties to the position they were in before the court issued the vacated order. *In re Cisneros*, 994 F.2d 1462, 1466 (9th Cir. 1993). Although the trustee does not doubt the debtor's intention in stating that the creditors should not be barred from filing claims, vacating the discharge removes any ambiguity.

**TRUSTEE'S RESPONSE TO DEBTOR'S
MOTION TO CONVERT CASE UNDER
CHAPTER 7 TO CASE UNDER CHAPTER 13**
210326eRes Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 20-12450-TWD    Doc 26    Filed 04/14/21    Ent. 04/14/21 16:36:03    Pg. 1 of 2

1    WHEREFORE, the trustee prays for an order accordingly.

2    RESPECTFULLY SUBMITTED this 14th day of April, 2021.

3                                             THE LIVESEY LAW FIRM

4
                                              /S/ *Rory C. Livesey*
5                                             _____
                                              Rory C. Livesey, WSBA #17601
6                                             Attorney for Ronald G. Brown, Trustee

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**TRUSTEE'S RESPONSE TO DEBTOR'S
MOTION TO CONVERT CASE UNDER
CHAPTER 7 TO CASE UNDER CHAPTER 13**
210326eRes Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 20-12450-TWD    Doc 26    Filed 04/14/21    Ent. 04/14/21 16:36:03    Pg. 2 of 2