UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| In re | Case No: 20-12450 TWD |
|---|---|
| Beverly Jane Cary | ORDER APPROVING ORDER AUTHORIZING APPOINTMENT OF SPECIAL COUNSEL |
| Debtors, | |

THIS MATTER having come before the Court upon the Debtor's Ex Parte Motion for an Order Authorizing Employment of Attorney (hereinafter, the "Motion") to pursue claims identified in the Motion to Appoint. The Court considered the Motion, the Declarations of No Adverse Interest of MARK MCCLURE, CHRISTINA HENRY, and MELISSA A. HUELSMAN and the pleadings and records. The Court finds that the attorneys whom the Debtor wishes to employ are disinterested persons pursuant to 11 U.S.C. §101(14), and that the employment is necessary and in the best interest of the Estate. NOW THEREFORE,

ORDERS that

1. Debtor is authorized to employ MARK MCCLURE, CHRISTINA HENRY, MELISSA A. HUELSMAN and their respective firms as Special Counsel; and
2. approval of the Motion does not grant any interest in Debtor's real estate absent further Order of this Court

## END OF ORDER ##

Presented by:
/s/ Mark McClure
Mark McClure, WSBA 24393
Attorney for Debtors

DECLARATION OF NO ADVERSE INTEREST - 1

z:\legal ii\2020\bankruptcy\cary, beverly jane\motions\motion to appoint re patch - copy\1. motion\motion to appoint special counsel (word doc draft).doc

Law Office of Mark McClure, P.S.
1103 West Meeker Street, Ste 101
Kent, WA 98032
(253) 631-6484

Case 20-12450-TWD    Doc 94-2    Filed 11/24/21    Ent. 11/24/21 13:48:47    Pg. 1 of 1