Hon. Timothy W Dore
In Proceedings Under
Chapter 13
Hearing Date: November 16, 2022
Time: 9:30 AM
Response Date: November 9, 2022
Location: 700 Stewart St., Seattle, WA 98101

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| In re: Beverly Jane Cary, Debtor(s). | Chapter 13 Case No: 20-12450 TWD<br><br>NOTICE AND MOTION FOR SALE OF REAL PROPERTY OF THE ESTATE |
|---|---|

## I NOTICE

PLEASE TAKE NOTICE Debtor(s)' motion to sell real property IS SET FOR HEARING as follows:

JUDGE: Timothy W Dore          TIME: 9:30 AM

PLACE: 700 Stewart St., Seattle, WA 98101      DATE: November 16, 2022

IF YOU OPPOSE the Motion, you must file your written response with the court clerk, NOT LATER THAN THE RESPONSE DATE, which is November 9, 2022. If you are an attorney, any response must be filed electronically on the Court's CM/ECF system.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING EX PARTE WITHOUT FURTHER NOTICE, and strike the hearing.

////
////
////
////
////

MOTION TO SELL REAL PROPERTY -- 1

c:\users\ian\appdata\local\temp\nitropdf\nitrosession13620\motion to sell real property 2020_205bb9d9.docx

Law Office of Mark McClure, PS
1103 West Meeker St, Ste 101
Kent, WA 98032
253.631.6484

Case 20-12450-TWD    Doc 117    Filed 10/18/22    Ent. 10/18/22 12:10:09    Pg. 1 of 4

## II MOTION

Comes now the debtor, Beverly Jane Cary, by and through counsel, Mark C. McClure, and moves the court for an order:

(1) pursuant to 11 U.S.C. § 363, authorizing the debtor to sell real property of the estate (the "Property"); approving the payment from closing, in the Debtor's discretion, of normal and customary closing costs, including but not limited to real estate commissions earned by the Realtor; any accrued and unpaid real property taxes; the first position secured claim of Quicken Loans, LLC in the approximate amount of $150,000.00; and all other liens that may have attached to the property;

(2) an amount sufficient to pay the liquidation value of the plan of the plan including all unsecured debt and any accrued administrative fees payable to the Chapter 13 Trustee in an amount estimated to be not more than $31,800.00.

(3) waiving the stay provided for by Federal Rule of Bankruptcy Procedure 6004(h); and

(4) authorizing the Debtors to sign any documents which are consistent with the proposed sale described herein.

## PROPERTY

**Property Address:** 27834 31st Pl. S., Auburn, Washington 98001.

**Property Tax Parcel No.**: 723759-0040

**Legal Description:** LOT 4, THE RESERVE AT STAR LAKE, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 216 OF PLATS, PAGE(S) 72 THROUGH 76, RECORDS OF KING COUNTY, WASHINGTON.

**Purchaser:** Anthony I. Thompson and Megan C. Valentin

**Sales Price:** $445,000.00.

**Terms of Sale:** Cash at Closing. Earnest money of $10,000.00 has been paid. The sale is conditioned upon Buyer's ability to sell their home. Seller will pay the usual and customary closing costs which include a 6.00% real estate commission per the listing agreement (the agent, Lisa Serratos-McGregor, was appointed on September 06, 2022), title insurance, real property taxes, HOA dues, reimbursement of funds advanced by Synergy Properties to rehabilitate the home sufficiently to allow for a maximized resale,

MOTION TO SELL REAL PROPERTY -- 2

c:\users\ian\appdata\local\temp\nitropdf\nitrosession13620\motion to sell real property 2020_205bb9d9.docx

Law Office of Mark McClure, PS
1103 West Meeker St, Ste 101
Kent, WA 98032
253.631.6484

Case 20-12450-TWD    Doc 117    Filed 10/18/22    Ent. 10/18/22 12:10:09    Pg. 2 of 4

due through the date of sale and the escrow costs pursuant to the HUD statement attached as an **Exhibit** to Debtor's Declaration. **All liens, consensual and otherwise are to be paid from closing**.

The Debtor believes that the proposed sales price constitutes the Property's fair market value and further believes the proposed sale is in the best interest of creditors. The Debtor believes that sufficient funds will be realized from the net proceeds. After closing, the chapter 13 plan will be modified to ensure payment of the remaining allowed claims.

A copy of the purchase and sale agreement is attached as an **Exhibit** to Debtor's Declaration.

**Voluntary Encumbrances and Approximate Payoff Balances:** Notwithstanding the sale free and clear, according to the Debtor's amended schedules, there are liens against the Property:

**Encumbrances and Approximate Payoff Balances:**

a. **Deed of Trust**: The property is encumbered by a Deed of Trust. Quicken Loans, LLC has the first Deed of Trust on the parcel with a balance owing in the approximate amount of $150,000.00.

b. **King County Treasury**: King County Treasurer will receive approximately $3,000 for recording fees and a tax installment payment.

c. **Reserve at Star Lake Homeowners Association** ("HOA"): The HOA will received approximately $865.

**Value of Property:** The Debtor believes the property is presently worth $445,000.00.

**Amount to Trustee:** After payment Quicken Loans, LLC.'s lien, COA's claims, all outstanding property taxes, and professional real estate fees, and any other lien amounts necessary to clear title, the **Chapter 13 Trustee,** Jason Wilson-Aguilar**, shall receive $31,800.00 to apply towards the plan's liquidation value in the same amount and cover Trustee's administrative fees.**

MOTION TO SELL REAL PROPERTY -- 3

c:\users\ian\appdata\local\temp\nitropdf\nitrosession13620\motion to sell real property 2020_205bb9d9.docx

Law Office of Mark McClure, PS
1103 West Meeker St, Ste 101
Kent, WA 98032
253.631.6484

Case 20-12450-TWD    Doc 117    Filed 10/18/22    Ent. 10/18/22 12:10:09    Pg. 3 of 4

**Amount to Debtor:** The balance of the funds are to be released to the Debtor which is estimated to be approximately $140,819.83[1].

**Waiver Rule 6004(h):** The Debtor requests a waiver of Rule 6004(h) because the sale contemplates prompt closing.

**WHEREFORE**, Debtor requests that the Court enter approval of the sale and the related relief requested. A proposed order is attached.

DATED October 18, 2022.

Respectfully Submitted,

Law Office of Mark McClure, P.S.

/s/ Mark C McClure
Mark C. McClure, WSBA #24393
Attorney for Beverly Jane Cary, Debtor

---

[1] Black v. Leavitt (In re Black), 609 B.R. 518 (9th Cir. BAP 2019), "the revesting provision of the confirmed plan means that the debtor owns the property outright and that the debtor is entitled to any postpetition appreciation." 609 B.R. at 529 (citing In re Jones, 420 B.R. at 515).

MOTION TO SELL REAL PROPERTY -- 4

c:\users\ian\appdata\local\temp\nitropdf\nitrosession13620\motion to sell real property 2020_205bb9d9.docx

Law Office of Mark McClure, PS
1103 West Meeker St, Ste 101
Kent, WA 98032
253.631.6484

Case 20-12450-TWD    Doc 117    Filed 10/18/22    Ent. 10/18/22 12:10:09    Pg. 4 of 4