DocuSign Envelope ID: 4ACA72C4-A112-41D0-A467-B44D241A6F17

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| In re: Beverly Jane Cary, Debtor(s). | Chapter 13 Case No: 20-12450 TWD<br><br>DECLARATION OF DEBTOR IN SUPPORT OF SALE OF REAL ESTATE |
|---|---|

I, Beverly Jane Cary, declare as follows:

I have read the Motion to Sell Real Property for my townhome located at:

27834 31st Pl. S., Auburn, Washington 98001.

The legal description of the Property is:

LOT 4, THE RESERVE AT STAR LAKE, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 216 OF PLATS, PAGE(S) 72 THROUGH 76, RECORDS OF KING COUNTY, WASHINGTON.

The parcel number of the property is 723759-0040.

The facts as asserted are true and correct to the best of my knowledge.

1. Attached is a true and correct copy of the Purchase and Sale Agreement and a true and correct copy of an estimated Seller's Closing Statement (EXHIBITS A & B).[1]
2. I have discussed my options with regard to the home sale land its impact on my bankruptcy with my attorney.
3. I have elected to pay-off the bankruptcy liquidation value of approximately $31,800 from my home-sale proceeds and will continue to make my plan payment pursuant

---

[1] Referenced Exhibits are not attached to the mailed Declaration because of the cost involved but are available for viewing via ECF/Pacer or upon written request to Debtor's counsel.

DEBTOR DECLARATION-- 1

c:\users\ian\appdata\local\temp\nitropdf\nitrosession13620\motion to sell real property 2020_205bb9d9.docx

Law Office of Mark McClure, PS
1103 West Meeker St, Ste 101
Kent, WA 98032
253.631.6484

to the currently approved plan and any subsequent plan payment approved by the Court.

4. Regarding attorney fees, in my Declaration filed under ECF 108 in support of the approved Motion to Settle, I asserted that I understood upon the sale of my home, per the Fee Agreement I entered into with my attorneys and with this court's subsequent approval, that 40% of the entire settlement value would be dedicated towards my attorneys. In rough numbers since the total settlement was $127,500 that would be $51,000 leaving me with a net benefit of about $76,500 (or greater depending on how high the value of my home has climbed since they filed their POC). This seems to be a reasonable settlement to me considering the original "loan" amount was $62,000.

5. Additionally, my real estate agent fronted the costs associated with putting my home in sufficient, bare minimum, condition to allow for sale and closing. I understand and agree with $17,800 from the closing proceeds to be used to cover and pay those costs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and understanding.

Dated 10/18/2022    Auburn, Washington.

DocuSigned by:
*Beverly J Cary*
E5355254249747F...
Beverly Jane Cary, Debtor

DEBTOR DECLARATION-- 2

c:\users\ian\appdata\local\temp\nitropdf\nitrosession13620\motion to sell real property 2020_205bb9d9.docx

Law Office of Mark McClure, PS
1103 West Meeker St, Ste 101
Kent, WA 98032
253.631.6484